UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAZMIN CARRETO and RAUL CORTES,

                        Plaintiffs,

   -against-

TABLETOPS UNLIMITED, TJX COMPANIES
INC, MARSHALLS OF MA, INC., JOHN/JANE
DOES 1–15, and ABC COMPANIES 1–15,

                        Defendants.
-----------------------------------------------------------------X

**ORDER ADOPTING
REPORT & RECOMMENDATION**

23-CV-4766 (RER) (LB)

**RAMÓN E. REYES, JR., United States District Judge:**

      In a *sua sponte* report and recommendation dated September 25, 2024, (ECF No. 54 (the "R&R")), Magistrate Judge Lois Bloom recommended that the Court dismiss Plaintiff Raul Cortes's loss of consortium claim against Defendants. (*Id.*). Judge Bloom advised the parties that they had 14 days from the date that R&R was received to file objections. (*Id.*). To date, neither party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2).

      Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Therefore, it is ordered that the R&R is adopted in its entirety, and Plaintiff Raul Cortes's loss of consortium claim against Defendants is dismissed.

SO ORDERED.

*Hon. Ramón E. Reyes, Jr.*    Digitally signed by Hon. Ramón E. Reyes, Jr.
Date: 2024.11.07 10:54:49 -05'00'

RAMÓN E. REYES, JR.
United States District Judge

Dated: November 7, 2024
       Brooklyn, NY